IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE RICCA,               )<br>                              )<br>          Plaintiff,         )<br>                              )<br>     v.                       )<br>                              )<br> H&P CAPITAL, INC.,           )<br>                              )<br>          Defendant.         )<br> _____ ) | 02:10-cv-00108-GEB-JFM<br><br>ORDER TO SHOW CAUSE<br>AND CONTINUING STATUS<br>(PRETRIAL SCHEDULING)<br>CONFERENCE |

        The January 14, 2010, Order Setting Status (Pretrial Scheduling) Conference scheduled a status conference in this case for April 26, 2010, and required the parties to file a joint status report no later than fourteen days prior to the scheduling conference.  The Order further required that a status report be filed regardless of whether a joint report could be procured.  No joint status report was filed as ordered.

        Plaintiff is warned that failure to comply with a filing requirement could be sanctionable conduct.  Although the judge has looked at the docket and discovered that Plaintiff has requested and been granted the Clerk of Court's an Entry of Default, it is

Plaintiff's obligation to apprise the judge of the status of the case in a status report.

Since Plaintiff has failed to apprise the judge when she will prosecute a default judgment, Plaintiff shall either file a motion for default judgment no later than 4:00 p.m. on May 21, 2010, or Show Cause ("OSC") in writing filed no later than 4:00 p.m. on May 21, 2010, why this action should not be dismissed for failure of prosecution.  If a hearing is requested on the OSC, it will be held on July 12, 2010, at 9:00 a.m, just prior to the status conference, which is rescheduled to that date and time.  A status report shall be filed fourteen (14) days prior to the status conference, in which Plaintiff is only required to explain the status of the default judgment.

IT IS SO ORDERED.

Dated:  April 22, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge