1  G. Thomas Martin, III, Esq. (SBN 218456)
Krohn & Moss, Ltd
2  10474  Santa Monica Blvd., 4th Floor
Los Angeles, CA 90025
3  Tel: 323-988-2400 x 252
Fax: 866-829-5083
4  tmartin@consumerlawcenter.com
Attorneys for Plaintiff
5  MICHELE RICCA

6              UNITED STATE DISTRICT COURT
   EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION
7

8  MICHELE RICCA                      )  **Case No.: 2:10-cv-00108-GEB-JFM**
                                      )
9            Plaintiff,               )  **NOTICE OF SETTLEMENT**
                                      )
10      vs.                           )
                                      )
11  H & P CAPITAL, INC.,              )
                                      )
12           Defendant.               )
13 _____

14

15     NOW COMES the Plaintiff, MICHELE RICCA, by and through the undersigned counsel

16 and hereby informs the court that a settlement of the present matter has been reached and is

17 in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the

18 next 40 days.

      Plaintiff therefore requests that this honorable court vacate all dates currently set on
19
   calendar for the present matter.
20
                        Respectfully Submitted,
21

22 DATED: March 13, 2010        KROHN & MOSS, LTD.

23

24                        By:  /s/ G. Thomas Martin, III_____

25                             G. Thomas Martin, III, Esq.
                              Attorney for Plaintiff
                                    - 1 -

                            Notice of Settlement